IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARRYL GARNER,<br><br>        Plaintiff,<br><br>v.<br><br>GREATER DELAWARE VALLEY<br>SAVINGS BANK,<br><br>        Defendant. | CIVIL ACTION<br>NO. 12-6274 |



## ORDER

**AND NOW**, this 25th day of June 2013, upon receipt of the Stipulation of Dismissal filed by the parties (Doc. No. 23), it is **ORDERED** as follows:

1. The action is **DISMISSED WITH PREJUDICE** pursuant to Local Rule 41.1(b).

2. Any pending motions are **DENIED AS MOOT**.

3. The Clerk of Court shall close the above-captioned case for statistical purposes.

BY THE COURT:

/s/ Joel Slomsky
JOEL H. SLOMSKY, J.